

**H. BENJAMIN PEREZ & ASSOCIATES, P.C.**

Tel: 212-226-8426  Fax: 212-208-6802
111 Broadway, Suite 706, New York, NY 10006
www.hbplawyers.com

May 8, 2024

**BY ECF**

Honorable Judge Laura Taylor Swain
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re: United States v. Carmen Rivera
Docket No. 24-CR-203 (LTS)

Dear Judge Taylor Swain:

I am defense counsel for Carmen Rivera. With the consent of Assistant United States Attorney Jerry Fang, I respectfully submit letter requesting permission for my client to travel to the state of Florida from May 16th through May 30th to visit her daughter and grandchild in the city of Sun City Center. Prior to her trip my client agrees to provide the Court and pretrial services with her full itinerary and address to where she will be staying. This is my client's first travel request in this matter. I have discussed this request with AUSA Fang and he has informed me that the government has no objection to this request as long as the travel information is provided in advance.

Your honor's consideration to this request is greatly appreciated.

Respectfully submitted,

H. Benjamin Perez, Esq.

cc: AUSA Jerry Fang (By ECF)
AUSA Catherine Ghosh (By ECF)

The foregoing travel request is granted. Ms. Rivera is directed to provide her travel itinerary to Pretrial Services in advance of her planned trip. DE#13 resolved.
SO ORDERED.
May 9, 2024
/s/ Laura Taylor Swain, Chief USDJ