**H. BENJAMIN PEREZ & ASSOCIATES**, P.C.
ATTORNEYS AND COUNSELORS AT LAW

# <u>MEMO ENDORSED</u>

September 30, 2024

<u>BY ECF</u>

Honorable Judge Laura Taylor Swain
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

        Re:    United States v. Carmen Rivera
                Docket No. 24-CR-203 (LTS)

Dear Judge Taylor Swain:

    I am defense counsel for Carmen Rivera. I write seeking an adjournment of the pretrial conference scheduled for October 7th, and request that it be adjourned to November 13th, if that date is acceptable to the Court.

    The defense is still going through the significant amount of discovery provided in this case and still has to review same with our client. As such, I am requesting an adjournment of the pretrial conference until the November 13th.

    I have spoken with AUSAs Catherine Ghosh and Jerry Fang about this request and the government has no objection.

    Your honor's consideration to this request is greatly appreciated.

Respectfully submitted,

_____
H. Benjamin Perez, Esq.

cc:    AUSA Jerry Fang (By ECF)
       AUSA Catherine Ghosh (By ECF)

The foregoing request for an adjournment is granted. The pretrial conference is hereby rescheduled to **November 13, 2024 at 3:00 p.m.** The Court finds pursuant to 18 U.S.C. § 3161(h)(7)(A) that the ends of justice served by an exclusion of the time from speedy trial computations from today's date through November 13, 2024, outweigh the best interests of the public and the defendant in a speedy trial for the reasons stated above. DE#19 is resolved.
SO ORDERED.
9/30/2024
/s/ Laura Taylor Swain, Chief USDJ

111 BROADWAY  •  SUITE 706  •  NEW YORK, NY 10006  •  T. 212-226-8426  •  F. 212-208-6802
www.hbplawyers.com