**H. BENJAMIN PEREZ & ASSOCIATES, P.C.**

Tel: 212-226-8426  Fax: 212-208-6802
111 Broadway, Suite 706, New York, NY 10006
www.hbplawyers.com

November 12, 2024

**BY ECF**

Honorable Judge Laura Taylor Swain
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

# MEMO ENDORSED

Re: United States v. Carmen Rivera
Docket No. 24-CR-203 (LTS)

Dear Judge Taylor Swain:

I am defense counsel for Carmen Rivera. I write seeking an adjournment of the pretrial conference scheduled for November 13th, and request that it be adjourned to December 5th at 10:30 A.M., which I understand is acceptable to the Court.

Defense counsel is seeking additional time to discuss this with our client and to prepare for the pretrial conference. As such, I am requesting an adjournment until the December 5th.

I have spoken with AUSAs Catherine Ghosh about this request and the government has no objection.

Thank you.

Respectfully submitted,

H. Benjamin Perez, Esq.

cc: AUSA Jerry Fang (By ECF)
AUSA Catherine Ghosh (By ECF)

The foregoing request for an adjournment is granted. The hearing is hereby rescheduled to **December 5, 2024, at 10:30 AM**. The Court finds pursuant to 18 U.S.C. § 3161(h)(7)(A) that the ends of justice served by an exclusion of the time from speedy trial computations from today's date through December 5, 2024 outweigh the best interests of the public and the defendant in a speedy trial for the reasons stated above. DE#21 is resolved.
SO ORDERED.
11/12/2024
/s/ Laura Taylor Swain, Chief USDJ