**H. BENJAMIN PEREZ & ASSOCIATES**, P.C.
ATTORNEYS AND COUNSELORS AT LAW

January 13, 2025

**BY ECF**

# MEMO ENDORSED

Honorable Judge Laura Taylor Swain
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

                Re:    United States v. Carmen Rivera
                         Docket No. 24-CR-203 (LTS)

Dear Judge Taylor Swain:

      I am defense counsel for Carmen Rivera. I am writing the Court for two reasons.

      First, to respectfully request an extension of time to file defense motions, which were due today. Currently, there is a part of the discovery provided by the government that I was unable to access through the government's file-sharing system. This is despite repeated efforts by both sides last week to correct the problem. As a result, this morning the government requested that I deliver a memory drive to their office to obtain the remaining discovery. I plan on delivering that memory drive by tomorrow. The remaining discovery will need to be reviewed prior to the filing of defense motions. For these reasons, we request additional time to file defense motions.

      Second, Ms. Rivera has just informed me that she wants to request court-appointed counsel for the remainder of her case, as she can no longer afford to defend this case with private counsel. Given Ms. Rivera's request, I ask that this matter be calendared with the Court to address the counsel issue.

      Thank you.

                                                      Respectfully submitted,

                                                        H. Benjamin Perez, Esq.

cc:    AUSA Jerry Fang (By ECF)
       AUSA Catherine Ghosh (By ECF)

The foregoing request to extend the deadline to file defense motions is granted nunc pro tunc. Defense motions are due February 13, 2025. As to the request for CJA counsel, the Court directs the parties to go to Magistrate Court as soon as possible to ensure a quicker resolution; furthermore, the parties are directed to provide a status update as soon as possible.
SO ORDERED.
/1/16/2025
/s/ Laura Taylor Swain, Chief USDJ