LAW OFFICE OF ANTHONY CECUTTI
217 Broadway, Suite 707
New York, New York 10007
Phone: (212) 619-3730
Cell: (917) 741-1837
Fax: (212) 962-5037
anthonycecutti@gmail.com

April 12, 2025

**BY ECF**                                         **MEMO ENDORSED**
Chief Judge Laura Taylor Swain
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re: United States v. Carmen Rivera; 24 Cr. 203 (LTS)**

Dear Chief Judge Swain:

I represent Carmen Rivera in the above-referenced matter, having been appointed pursuant to the provisions of the Criminal Justice Act ("CJA"), 18 U.S.C. § 3006A on January 28, 2025, after replacing retained counsel.

The deadline to file pretrial motions is April 14, 2025. I write, without objection from the Government, to request a three-week extension of the deadline to May 5, 2025. Additional time is necessary to continue to review discovery, which is voluminous, consider and prepare any motions, and confer with Ms. Rivera and the Government about the possibility of a pretrial resolution.

Thank you for your consideration.

Respectfully submitted,

/s/

Anthony Cecutti, Esq.

The foregoing request is granted. This resolves DE # 43.
SO ORDERED.
4/14/2025
/s/ Laura Taylor Swain, Chief USDJ