LAW OFFICE OF ANTHONY CECUTTI
217 Broadway, Suite 707
New York, New York 10007
Phone: (212) 619-3730
Cell: (917) 741-1837
Fax: (212) 962-5037
anthonycecutti@gmail.com

May 5, 2025

**BY ECF**
Chief Judge Laura Taylor Swain
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

**Re: United States v. Carmen Rivera; 24 Cr. 203 (LTS)**

Dear Chief Judge Swain:

    I represent Carmen Rivera in the above-referenced matter, having been appointed pursuant to the provisions of the Criminal Justice Act ("CJA"), 18 U.S.C. § 3006A on January 28, 2025, after replacing retained counsel.

    The deadline to file pretrial motions is today, May 5, 2025. I write, with consent from the Government, to request a one-week extension of the deadline to May 12, 2025. Pursuant to ongoing negotiations, the Government extended a plea offer to Ms. Rivera on May 2, 2025. It expires on May 9, 2025. The one-week extension will provide Ms. Rivera with the time needed to review the agreement, consult with counsel and make an important decision in her case.

    Thank you for your consideration.

Respectfully submitted,

/s/

Anthony Cecutti, Esq.

The foregoing request is granted. DE # 45 is resolved.
SO ORDERED.
5/5/2025
/s/ Laura Taylor Swain, Chief USDJ