LAW OFFICE OF ANTHONY CECUTTI
217 Broadway, Suite 707
New York, New York 10007
Phone: (212) 619-3730
Cell: (917) 741-1837
Fax: (212) 962-5037
anthonycecutti@gmail.com

September 9, 2025

**BY ECF**   **MEMO ENDORSED**
Chief Judge Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re: United States v. Carmen Rivera; 24 Cr. 203 (LTS)**

Dear Chief Judge Swain:

     As the Court is aware, we represent Carmen Rivera in the above-referenced matter, having been appointed pursuant to the provisions of the Criminal Justice Act ("CJA"), 18 U.S.C. § 3006A.  On May 28, 2025, Ms. Rivera pled guilty to Count One of a two-count indictment.  Sentencing is presently scheduled for October 1, 2025.

     We write, without objection from the Government, to respectfully request an adjournment of sentencing until early November.  Since Ms. Rivera pled guilty, we have been preparing for her sentencing.  Additional time is needed to gather information related to the sentencing factors in 18 U.S.C. § 3553(a).  Further, Ms. Thiele and I are scheduled to start a trial before the Honorable John P. Cronan in *United States v. Mario Powell*, 23 Cr. 229 (JPC), on September 22, 2025.  As such, an adjournment until early November is necessary to complete our work and prepare our sentencing submission for the Court.

                                   Respectfully submitted,

                                   /s/

                                 Anthony Cecutti
                                 Kestine Thiele

The foregoing request is granted. The sentencing is adjourned to **November 19, 2025, at 11:00am**.
SO ORDERED.
9/9/2025
/s/ Laura Taylor Swain, Chief USDJ