LAW OFFICE OF ANTHONY CECUTTI
217 Broadway, Suite 707
New York, New York 10007
Phone: (212) 619-3730
Cell: (917) 741-1837
Fax: (212) 962-5037
anthonycecutti@gmail.com

October 28, 2025

BY ECF
Chief Judge Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

**Re: United States v. Carmen Rivera; 24 Cr. 203 (LTS)**

Dear Chief Judge Swain:

      As the Court is aware, we represent Carmen Rivera in the above-referenced matter, having been appointed pursuant to the provisions of the Criminal Justice Act ("CJA"), 18 U.S.C. § 3006A. On May 28, 2025, Ms. Rivera pled guilty to Count One of a two-count indictment. Sentencing is presently scheduled for November 19, 2025.

      We write, without objection from the Government, to respectfully request a brief adjournment of sentencing until early to mid-December. Since Ms. Rivera pled guilty, we have been preparing for her sentencing. Additional time is needed to gather information related to the sentencing factors in 18 U.S.C. § 3553(a). Our preparation was slowed in light of other work deadlines and matters, including a trial we had before the Honorable John P. Cronan in *United States v. Mario Powell*, 23 Cr. 229 (JPC) last month. As such, an adjournment until the requested time period is necessary to complete our work and prepare our sentencing submission for the Court.

      Should the Court grant this request, the parties jointly request that the deadlines for the defense and Government sentencing submissions also be adjourned.

Respectfully submitted,

/s/

Anthony Cecutti
Kestine Thiele

The foregoing request is granted. The sentencing is adjourned to December 4, 2025 at 11:30am. All sentencing deadlines are also adjourned accordingly. This resolves DE # 57.
SO ORDERED.
10/28/2025
/s/ Laura Taylor Swain, Chief USDJ