LAW OFFICE OF ANTHONY CECUTTI
217 Broadway, Suite 707
New York, New York 10007
Phone: (212) 619-3730
Cell: (917) 741-1837
Fax: (212) 962-5037
anthonycecutti@gmail.com

December 3, 2025

**BY ECF**
Chief Judge Laura Taylor Swain
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

## <u>MEMO ENDORSED</u>

**Re: United States v. Carmen Rivera; 24 Cr. 203 (LTS)**

Dear Chief Judge Swain:

We represent Carmen Rivera in the above-referenced matter, having been appointed pursuant to the provisions of the Criminal Justice Act ("CJA"), 18 U.S.C. § 3006A. Sentencing is scheduled for tomorrow, December 4, 2025.

In connection with the sentencing proceeding, we respectfully ask the Court to permit Ms. Rivera's adult daughter, Ebony Cruz, the opportunity to speak about Ms. Rivera. This request is made pursuant to 18 U.S.C. § 3553(a) and 18 U.S.C. § 3661, which provides that "[n]o limitation shall be placed on the information concerning the background, character, and conduct of a person convicted of an offense which a court of the United States may receive and consider for the purpose of imposing an appropriate sentence."

Thank you for your consideration.

Respectfully submitted,

/s/

Anthony Cecutti, Esq.
Kestine Thiele, Esq.

The foregoing request is granted.  Ms. Cruz will be permitted to speak for 5 minutes at the upcoming sentencing hearing.  DE 62 resolved.

SO ORDERED.
12/4/2025
/s/ Laura Taylor Swain, Chief USDJ