LAW OFFICE OF ANTHONY CECUTTI
217 Broadway, Suite 707
New York, New York 10007
Phone: (212) 619-3730
Cell: (917) 741-1837
Fax: (212) 962-5037
anthonycecutti@gmail.com

April 18, 2026

**BY ECF**                                                    **MEMO ENDORSED**
Chief Judge Laura Taylor Swain
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re: United States v. Carmen Rivera; 24 Cr. 203 (LTS)**

Dear Chief Judge Swain:

    We represent Carmen Rivera in the above-referenced matter, having been appointed pursuant to the provisions of the Criminal Justice Act ("CJA"), 18 U.S.C. § 3006A. Ms. Rivera pled guilty on May 28, 2025 and was sentenced on December 4, 2025 to 4 months' incarceration. She surrendered on April 16, 2026.

    Now that Ms. Rivera' case has concluded, I write to respectfully request that the Court enter an order directing Pretrial Services to return her passport to her counsel and or her family. She surrendered her passport as part of her release conditions. My understanding is that it is the policy of Pretrial Services to return a seized passport to the issuing department unless the Court orders its return. Since her case has concluded, I respectfully request that Ms. Rivera's passport be released to counsel and or her family.

    Thank you for your consideration.

                                        Respectfully submitted,

                                                /s/

                                        Anthony Cecutti, Esq.
                                        Kestine Thiele, Esq.

The foregoing request is granted. DE 70 resolved.

SO ORDERED.
4/20/2026
/s/ Laura Taylor Swain, Chief USDJ